IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America, )
                              )   07-04092MP-001-PCT-MEA
            Plaintiff,        )
                              )   **ORDER**
vs.                           )
                              )
                              )
MICHAEL GENE MCDERMOTT,       )
                              )
            Defendant.        )
                              )
_____ )

The defendant appeared in court and admitted to violating allegations ONE as contained in the petition to revoke unsupervised probation.

IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed on Citation P0358984 and Citation P0358988.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FIFTY-NINE (59) DAYS** on Citation P0358984.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FIFTY-NINE (59) DAYS** on Citation P0358988.

IT IS FURTHER ORDERED that defendant's sentence on each citation shall run concurrently.

IT IS RECOMMENDED that defendant serve his time in custody at the Coconino County Jail.

DATED this 13th day of June, 2007.

_____
Mark E. Aspey
United States Magistrate Judge